**Opinion filed March 19, 2026**



### In The

# Eleventh Court of Appeals

_____

## No. 11-25-00285-CR

_____

## BRAYDEN SCOTT ROUPP, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 70th District Court**
**Ector County, Texas**
**Trial Court Cause No. A241142CR**

## M E M O R A N D U M   O P I N I O N

A jury convicted Appellant, Brayden Scott Roupp, of the first-degree felony offense of murder and assessed his punishment at life imprisonment in the Texas Department of Criminal Justice. *See* TEX. PENAL CODE ANN. § 19.02(b), (c) (West Supp 2025). The trial court sentenced him accordingly. Appellant filed a notice of appeal from the trial court's judgment.

Appellant has now filed a motion to "[w]ithdraw" his appeal. In the motion, Appellant states that he "does not desire to appeal the verdict of guilt or the sentencing by the jury." He states that his attorney "has advised [him] that once he

withdraws his right to appeal, he will no longer have the opportunity to do so[,] and in full understanding, [Appellant] does desire to [w]ithdraw his [a]ppeal." We construe Appellant's motion as a request to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion is signed by Appellant and Appellant's attorney in compliance with Rule 42.2(a). *Id.*

We grant Appellant's motion and dismiss this appeal.


W. STACY TROTTER
JUSTICE


March 19, 2026

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.